U.S. DISTRICT COURT
SAV. DIV.
2012 MAY 22 PM 3:49
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

PAMELA DELORES GREEN,

    Petitioner,

v.

TOM CHAPMAN, Warden;
Warden DAVIS; and
SAM OLENS, Attorney General,

    Respondents.

CIVIL ACTION NO.: CV612-009

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Petitioner Pamela Green ("Green") asserts that the Magistrate Judge ignored the "manifest injustice" exception in his review of her 28 U.S.C. § 2254 petition. Green also asserts that the Magistrate Judge failed to address her claim that the sentence is excessive and relies on a default rule.

The Magistrate Judge relied on appropriate statutory and case law in making his recommended disposition of Green's habeas corpus petition. Green's objections to the contrary are without merit.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Green's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22 day of May, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA